FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SENOVIA M.,[1] <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:18-cv-00334-MKD <br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND CLOSING FILE** |

On October 25, 2018, Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a Complaint pursuant to the Social Security Act, 42 U.S.C. § 405(g), challenging the final decision of the Commissioner of Social Security to deny her applications for disability insurance and supplement security income benefits. ECF No. 4.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.

ORDER - 1

On August 27, 2019, the Court entered an Order setting September 30, 2019 as Plaintiff's deadline for response to the Court's Order regarding Plaintiff's failure to prosecute. ECF No. 22. This Order analyzed whether dismissal was warranted in this case due to Plaintiff's failure to prosecute. In an abundance of caution due to Plaintiff's *pro se* status, the Court granted Plaintiff additional time for response and warned that due to the expiration of the period for seeking review, dismissal of the Complaint could potentially preclude the pursuit of the same claims in the future. ECF No. 22 at 4-6. Plaintiff was given until September 30, 2019 to either file a dispositive motion, have an attorney appear on her behalf, or notify the Court she does not intend to pursue her claims. ECF No. 22 at 6-7. Plaintiff was warned the failure to timely respond to the Order would result in the dismissal of the Complaint without prejudice. Plaintiff did not respond to the Court's August 27, 2019 Order.

The Court finds the five factors outlined in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) and discussed in the Court's August 27, 2019 Order, weigh in favor of dismissal. *See* ECF No. 22 at 3-6. The unreasonable delay in prosecution of the case and failure to adhere to Court-imposed deadlines warrants dismissal.

///

///

ORDER - 2

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Plaintiff Complaint, ECF No. 4, and the claims therein are **DISMISSED** without prejudice.

2. The Court certifies under 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Plaintiff remains free to apply to the Ninth Circuit Court of Appeals for *in forma pauperis* status on appeal. Fed. R. App. P. 24(a)(5).

The District Court Executive is directed to file this Order, furnish a copy to counsel for the Defendant and mail a copy to Plaintiff, and **CLOSE THE FILE**.

DATED this October 1, 2019.

s/<u>*Mary K. Dimke*</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 3